## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SUSANA LOZADA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PROGRESSIVE LEASING** )<br>)<br>**Defendant.** ) | ) **Case No.: 1:15-cv-02812-KAM-JO** |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/ Adam P. Hartley*  
Adam P. Hartley, Esq.  
Ballard Spahr LLP  
1675 Broadway, Floor 19  
New York, NY 10019  
646-346-8033  
Email: hartleya@ballardspahr.com  
 Attorney for the Defendant

Date: January 18, 2018

*/s/ Craig Thor Kimmel*  
Craig Thor Kimmel  
Kimmel & Silverman, P.C.  
1207 Delaware Avenue, Suite 440  
Buffalo, NY 14209  
Phone: 716-332-6112  
Fax: 800-863-1689  
Email: teamkimmel@creditlaw.com  
Attorney for Plaintiff

Date: January 18, 2018


BY THE COURT:

_____  
J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 18th day of January 2018:

Adam P. Hartley, Esq.
Ballard Spahr LLP
1675 Broadway
New York, NY 10019
Email: hartleya@ballardspahr.com

/s/ *Craig Thor Kimmel*
Craig Thor Kimmel
Kimmel & Silverman, P.C.
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: 716-332-6112
Fax: 800-863-1689
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff