UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

SUSANA LOZADA )
)
Plaintiff, )
) Case No.: 1:15-cv-02812-KAM-JO
v. )
)
PROGRESSIVE LEASING )
)
Defendant. )

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Adam P. Hartley
Adam P. Hartley, Esq.
Ballard Spahr LLP
1675 Broadway, Floor 19
New York, NY 10019
646-346-8033
Email: hartleya@ballardspahr.com
Attorney for the Defendant

Date: January 18, 2018

/s/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman, P.C.
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: 716-332-6112
Fax: 800-863-1689
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: January 18, 2018

BY THE COURT:

_____
Hon. Kiyo A. Matsumoto
United States District Judge
March 19, 2018